(May 14, 1985)

◼ In the Matter of JAY M. RASHBAUM, Petitioner, v GORDON M. AMBACH, as Commissioner of Education of the State of New York, et al., Respondents. — Cross motions to dismiss proceeding granted, without costs (*see, Matter of Johnson v New York State Retirement Sys.,* 90 AD2d 573). Main, J. P., Casey, Weiss, Mikoll and Yesawich, Jr., JJ., concur.

(May 20, 1985)

◼ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JORGE L. NEGRON, Petitioner, v E. W. JONES, as Superintendent of Great Meadow Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (b) (2), for writ of habeas corpus denied (*see, People ex rel. Frazier v Coombe,* 87 AD2d 904). Mahoney, P. J., Mikoll, Yesawich, Jr., Levine and Harvey, JJ., concur.